UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. JANAKI RAMADOSS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CAREMARK INC., et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   No. SA 99CA0914WRF |

### PROPOSED ORDER GRANTING CAREMARK'S MOTION FOR AN ORDER REQUIRING DEFENDANT TO SHOW CAUSE

### FOR SUBMISSION TO SPECIAL MASTER KARL BAYER FOR RECOMMENDATION TO THE COURT

The Court, having reviewed Caremark's Motion for an Order Requiring Defendant to Show Cause and for Contempt of the Court's Protective Order, hereby grants same and ORDERS that Plaintiff United States of America shall appear in the United States District Court for the Western District of Texas, San Antonio Division at _____ o'clock, on _____, 2006, and show cause, if any it has, as to why it should not be held in contempt of Court due to its failure to comply with the Court's Protective Order entered on September 15, 2006. (Docket No. 182.)

SO ORDERED this ___ day of _____, 2006.

_____
W. Royal Furgeson
United States District Judge

1287407.2

APPROVED FOR ENTRY:

Jennifer L. Weaver
(admitted *pro hac vice*)
Charles A. Trost
(admitted *pro hac vice*)
Manisha S. Desai
(admitted *pro hac vice*)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville City Center
Nashville, Tennessee  37219
Telephone:  (615) 244-6380
Facsimile:  (615) 244-6804

Charles J. Muller
State Bar No. 14649000
Farley P. Katz
State Bar No. 11108790
Merritt Clements
State Bar No.  04369500
STRASBURGER & PRICE, LLP
300 Convent Street, Suite 900
San Antonio, Texas 78205
Telephone:  (210) 250-6000
Facsimile:  (210) 250-6100

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion, Memorandum of Law and Proposed Order was served on the following counsel via email on this 22nd day of November, 2006:

*Attorneys for the United States of America*
WINSTANLEY LUKE
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216

STANLEY E. ALDERSON
ALLIE PANG
Department of Justice, Civil Division
P. O. Box 261, Ben Franklin Station
Washington, DC 20044

*Attorneys for Relator Janaki Ramadoss*
MARLENE M. MARTIN
Law Office of Marlene M. Martin
One Elm Place
11107 Wurzbach Road, #305
San Antonio, Texas 78230

LORINDA G. HOLLOWAY
Brown & McCarroll, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701

*Attorneys for the State of Arkansas*
VALERIE KELLY
Assistant Attorney General
Medicaid Department
323 Center Street, Suite 200
Little Rock, Arkansas 72201

*Attorneys for the State of Louisiana*
JENNIFER MARTINEZ
Office of the Attorney General of Louisiana
Medicaid Fraud Control Unit
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005

*Attorneys for the State of Florida*
SCOTT J. FLINT
Assistant Attorney General
3507 Frontage Road, Suite 325
Tampa, Florida 33607

*Attorneys for the State of Tennessee*
PETER M. COUGHLAN
Senior Counsel
Office of the Attorney General
Antitrust Division
P. O. Box 20207
Nashville, TN 37202-0208

*Attorneys for the State of Texas*
PATRICK J. O'CONNELL
Chief, Civil Medicaid Fraud Section
BILL MOSS
Assistant Attorney General
Antitrust & Civil Medicaid Fraud Division
Office of the Attorney General
P. O. Box 12548
Austin, Texas 78711-2548

*Attorneys for State of California*
SIOBHAN A. FRANKLIN
Deputy Attorney General
Bureau of Medi-Cal Fraud & Elder Abuse
California Department of Justice
1455 Frazee Road, Suite 315
San Diego, California 92108

_____
Jennifer L. Weaver