UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| the STATE OF ARKANSAS, | ) | |
| the STATE OF CALIFORNIA, | ) | |
| the STATE OF DELAWARE, | ) | |
| the DISTRICT OF COLUMBIA, | ) | |
| the STATE OF ILLINOIS, | ) | |
| the STATE OF LOUISIANA, | ) | |
| the STATE OF MASSACHUSETTS, | ) | |
| the STATE OF TEXAS, | ) | CIVIL ACTION |
| ex rel. JANAKI RAMADOSS, | ) | NO. SA 99CA0914RF |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAREMARK INC.; | ) | |
| CAREMARK INTERNATIONAL, INC.; | ) | |
| CAREMARK INTERNATIONAL | ) | |
| HOLDINGS INC.; and | ) | |
| CAREMARK Rx, INC., f/n/a | ) | |
| MEDPARTNERS INC. | ) | |
| | ) | |
| Defendants. | | |

**UNITED STATES' NOTICE OF OBJECTION TO THE SPECIAL MASTER'S
RECOMMENDATION WITH RESPECT TO CAREMARK'S MOTION TO QUASH**

The United States respectfully submits this Notice of Objection to the Special Master's

Recommendation with Respect to Caremark's Motion to Quash, which the Special Master filed

with the Court on June 20, 2007.  The United States submits this Notice in order to inform the

Court and the parties that it intends to file a formal objection to the entirety of the Special

Master's recommendation, and that it will file such an objection on or before June 25, 2007.

///

///

///

Dated: June 21, 2007                    Respectfully submitted,

                                        On behalf of the United states

                                        /s/ Meredith L. Burrell
                                        WINSTANLEY F. LUKE
                                        Assistant U.S. Attorney
                                        Texas State Bar No. 12678710
                                        601 N.W. Loop 410, Ste 600
                                        San Antonio, Texas 78216
                                        Telephone:  (210) 384-7315
                                        Fax:  (210) 384-7322

                                        JOYCE R. BRANDA
                                        PATRICIA R. DAVIS
                                        STANLEY E. ALDERSON
                                        ALLIE PANG
                                        MEREDITH L. BURRELL
                                        ANDREA LARRY
                                        Attorneys, Civil Division
                                        U.S. Department of Justice
                                        P.O. Box 261
                                        Ben Franklin Station
                                        Washington, D.C.  20044
                                        Telephone:  (202) 514-6846
                                        Fax:  (202) 305-4117

                                        ATTORNEYS FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Objection to the Special Master's Recommendation with Respect to Caremark's Motion to Quash  was served by the Court's Notice of Electronic Filing system on June 21, 2007, on the counsel identified below.

/s/ Meredith L. Burrell
MEREDITH L. BURRELL

| | |
|---|---|
| CHARLES J. MULLER<br>FARLEY KATZ<br>MERRITT CLEMENTS<br>Strasburger & Price, LLP<br>300 Convent Street, Suite 900<br>San Antonio, Texas  78205<br>**Attorneys for Defendants** | JENNIFER L . WEAVER<br>Waller Lansden Dortch & Davis LLP<br>511 Union Street, Suite 2700<br>Nashville, Tennessee 37219<br>**Attorneys for Defendants** |
| PATRICK J. O'CONNELL<br>Chief, Civil Medicaid Fraud Section<br>BILL MOSS<br>Assistant Attorney General<br>Antitrust & Civil Medicaid Fraud Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>**Attorneys for the State of Texas** | MARLENE M. MARTIN<br>Law Office of Marlene M. Martin<br>One Elm Place<br>11107 Wurzbach Road #305<br>San Antonio, TX  78230<br>**Attorney for Janaki Ramadoss** |
| TOM WATKINS<br>WALTER MIZELL<br>LORINDA HOLLOWAY<br>Brown McCarroll, LLP<br>111 Congress Ave, Suite 1400<br>Austin, TX  78701<br>**Attorneys for Janaki Ramadoss** | CHARLES C. FOTI, JR.<br>Attorney General of Louisiana<br>FRED DUHY<br>Office of Attorney General of Louisiana<br>Medicaid Fraud Control Unit<br>P.O. Box 94005<br>Baton Rouge, LA  70804<br>1885 N. 3rd<br>Baton Rouge, LA  70802<br>**Attorneys for the State of Louisiana** |

| | |
|---|---|
| VALERIE KELLY<br>Assistant Attorney General<br>Medicaid Fraud Control Unit<br>Office of the Attorney General of Arkansas<br>1100 Catlett-Prien Tower<br>Little Rock **Arkansas** 72201<br>**Attorney for the State of Arkansas** | BILL LOCKYER<br>Attorney General of California<br>SIOBHAN FRANKLIN<br>ADELINA BERUMEN<br>Bureau of Medi-Cal Fraud and Elder Abuse<br>California Department of Justice<br>1455 Frazee Road, Suite 315<br>San Diego, CA  92108<br>**Attorneys for the State of California** |
| SPECIAL MASTER KARL BAYER<br>Attorney at Law<br>8911 N. Capital of Texas Highway<br>Suite 2120<br>Austin, TX 79759 | |