UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| ex. rel. JANAKI RAMADOSS, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. SA 99CA0914RF |
| | § | |
| CAREMARK INC., et al., | § | |
| | § | |
| Defendants. | § | |

**SPECIAL MASTER'S RECOMMENDATIONS REGARDING CERTAIN PENDING DISCOVERY MOTIONS**

TO THE HONORABLE JUDGE FERGUSON:

Before the Special Master are the following Motions: (1) Plaintiffs' Motion to Compel Production of PBM Agreements [Doc. 516]; (2) Texas' Motion to Enforce Compliance with Section 2(C) of First Amended Scheduling Order [Doc. 551]; and (3) Texas' Motion to Reconvene Rule 30(B)(6) Deposition [Doc. 552]. On January 15, 2008, the Special Master conducted an oral hearing on several issues, including issues related to these motions. On February 5, 2008, the Special Master conducted a telephone conference that included discussion related to the issues raised by the Motions. After hearing argument of counsel, and after reviewing the Motions and related Responses and Replies, the Special Master is of the opinion that the Motions should be denied, without prejudice to their being re-filed after February 29, 2008.

THEREFORE, the Special Master RECOMMENDS that the Court DENY (1) Plaintiffs' Motion to Compel Production of PBM Agreements [Doc. 516]; (2) Texas'

Motion to Enforce Compliance with Section 2(C) of First Amended Scheduling Order [Doc. 551]; and (3) Texas' Motion to Reconvene Rule 30(B)(6) Deposition [Doc. 552], without prejudice to the parties' ability to re-file these motions after February 29, 2008.

DATE: _February 5, 2008_

_/s/ Karl Bayer_
KARL BAYER

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record in this action.

    /s/   Karl Bayer
    Karl Bayer